## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JEFF BROWN**                                                                                        **PLAINTIFF**
**ADC #080026**

**v.**                                             **Case No. 4:26-cv-00060-LPR**

**LINDSEY WALLACE, Secretary,**
**Arkansas Department of Correction,** *et al.*                              **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims are hereby DISMISSED without prejudice.  The Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any

related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 17th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE